RECEIVED
MAR 23 2015
TO: A. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

LEON WILLIAMS, JR.       CIVIL ACTION NO. 5:14-cv-0117
LA. DOC #281941

     SECTION P

VS.

     JUDGE DONALD E. WALTER

WARDEN TIMOTHY KEITH      MAGISTRATE JUDGE HAYES

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. #33], and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the untimely objections to the Report and Recommendation in the record [Doc. #37];

**IT IS ORDERED** that the Petition for writ of *habeas corpus* filed by Petitioner Leon Williams, Jr., [Doc. # 1], is **DENIED and DISMISSED WITH PREJUDICE.**

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The Court, after considering the record in this case, including Petitioner's Motion [Doc. #38], and the standard set forth in 28 U.S.C. Section 2253, **DENIES** a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this 23 day of March, 2015.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE